United States District Court
Southern District of Texas
**ENTERED**
February 29, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KURBY GERALD DECKER, TDCJ-CID No. 594703, | § § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. H-13-300 |
| WILLIAM STEPHENS, | § § § | |
| Respondent. | § | |

## ORDER

Petitioner Kurby Gerald Decker, a state inmate proceeding *pro se* and *in forma pauperis*, filed a petition for writ of habeas corpus challenging the loss of fifteen days of good-time credit due to a prison disciplinary conviction. (Docket Entry No. 1). On February 14, 2014, the Court entered an order denying Petitioner's requests for additional discovery, granting Respondent's motion for summary judgment, and denying a certificate of appealability. (Docket No. 22). On April 8, 2014, the Court denied Petitioner's Motion to Amend Final Judgment and granted his motion to proceed *in forma pauperis* on appeal. (Docket Entry No. 30). On May 1, 2014, the Court denied Petitioner's Motion for Judicial Notice. (Docket Entry No. 33). On December 5, 2014, the Court of Appeals for the Fifth Circuit denied Petitioner's motion for a certificate of appealability. (Docket Entry No. 37). Pending before the Court are Petitioner's Motion Pursuant to 28 U.S.C. 1651 All Writs Act and an additional motion to proceed *in forma pauperis*. (Docket Entry Nos. 34 & 35).

Petitioner's motion under the All Writs Act is little more than a rehash of his motions to amend judgment and motion for judicial notice, which this Court has denied. Petitioner does not offer any new basis for relief from the judgment, nor does he present anything for proper

consideration under the All Writs Act.  In addition, Petitioner's renewed motion to proceed *in forma pauperis* is denied as moot in light of the previous grants of his motions to proceed *in forma pauperis* both in the trial court and on appeal.

Accordingly, Petitioner's motion pursuant to the All Writs Act is DENIED, and motion to proceed *in forma pauperis* is DENIED as MOOT. Petitioner is warned that further frivolous motions will be stricken from the record and may subject him to sanctions.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, this 29th day of February, 2016.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE